# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES S. "SWIFT" TREADWELL, JR. and CAREY A. TREADWELL, <br><br>  Plaintiffs, <br><br> v. <br><br> PHILIP TREADWELL, GAY TREADWELL, and BILL MUNN SUPPLY COMPANY, INC., <br><br>  Defendants. | Case No. CIV-13-1169-C |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., all parties who have appeared in this action hereby jointly stipulate to the Dismissal With Prejudice of this litigation and all claims and counterclaims therein, with all parties to bear their owns costs and attorneys' fees.

Dated this 21st day of February, 2014.

Respectfully Submitted,

/s/ Jimmy K. Goodman
JIMMY K. GOODMAN, OBA #3451
HARVEY D. ELLIS, JR., OBA #2694
LYSBETH L. GEORGE, OBA #30526
CROWE & DUNLEVY
A Professional Corporation
20 N. Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73102
(405) 235-7700; (405) 239-6651 (Facsimile)
jimmy.goodman@crowedunlevy.com
harvey.ellis@crowedunlevy.com
lysbeth.george@crowedunlevy.com
**ATTORNEYS FOR PLAINTIFFS**

/s/ James W. Shepherd
*(signed by filing attorney with permission)*
JAMES W. SHEPHERD
DAVID M. COLLINS
J. DAVID EZZELL
EZZELL & SHEPHERD, PLLC
1010 W. Maple Ave.
P.O. Box 5189
Enid, Oklahoma 73702-5189
jshepherd@enidoklaw.com
dcollins@enidoklaw.com
dezzell@enidoklaw.com

**ATTORNEYS FOR DEFENDANTS**